# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**WILEY EDU, LLC,**

      Plaintiff,   Case No. 2:23-cv-00550

v.

**WEST VIRGINIA STATE UNIVERSITY,**

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Wiley edu, LLC hereby dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 11, 2023   **PLAINTIFF**,

      By Counsel

/s/ *Michael B. Hissam*
Michael B. Hissam (WVSB #11526)
J. Zak Ritchie (WVSB #11705)
Carl W. Shaffer (WVSB #13260)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
mhissam@hfdrlaw.com
zritchie@hfdrlaw.com
cshaffer@hfdrlaw.com